# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 13-273 (SRN/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| (2) Moran Oz; | |
| Defendant. | |

Linda I. Marks, Esq., and Roger J. Gural, Esq., United States Department of Justice, Consumer Protection Branch, counsel for Plaintiff.

Joseph S. Friedberg, Esq., Joseph S. Friedberg, Chartered; and Robert D. Richman, Esq.,; counsel for Defendant (2) Moran Oz.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated March 21, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.  Defendant (2) Moran Oz's Motion to Suppress Electronic Surveillance [Doc. No. 364] is **DENIED**; and

2.  Defendant (2) Moran Oz's Motion To Produce Le Roux Plea Agreement [Doc. No. 500] is **DENIED** to the extent Oz seeks production of the plea agreement to facilitate his suppression motion.

Date:  May 3, 2016

                                              <u>s/Susan Richard Nelson</u>
                                              SUSAN RICHARD NELSON
                                              United States District Judge