**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 13-00273 (2) (6) (SRN/FLN)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **AMENDED THIRD** |
| **MORAN OZ (2),** ) | **PROTECTIVE ORDER** |
| **LACHLAN MCCONNELL (6),** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the Court upon the United States' Joint Motion to Amend Third Protective Order regarding certain disclosures of information to defendants Oz and McConnell in this case. Doc. 757. Based on the government's motion and defendants Oz and McConnell joining the government's motion, the Court finds:

(1) There is good cause to believe, based upon information provided and believed to be reliable, that the dissemination of these disclosures or the information therein to people other than those identified herein may jeopardize the safety of witnesses and impede the due administration of justice; and

(2) There is good cause to believe that the restriction of these disclosures and the information therein under the terms set forth in this protective order will ensure the safety of witnesses, preserve the integrity of the discovery process, and serve the ends of justice, while protecting the rights of the defendants to disclosure of evidence under Rule 16, and to adequately assist counsel in the preparation of a defense.

Accordingly, **IT IS HEREBY ORDERED** that:

The government's Joint Motion to Amend Third Protective Order (Doc. 757), is **GRANTED**.  With respect to any disclosures produced to defendants by the government that reference this Order, defendants and counsel for defendants shall not:

(1) provide any of the disclosures; or

(2) disclose the content thereof; or

(3) disclose information derived therefrom,

to any third parties except those directly involved in the defense of the case, such as paralegals, and investigators, without further order of the Court.  Defense counsel shall instruct any such third party recipients of their duty under this Order not to further disclose the disclosures or the content thereof.

Should the government elect to make further disclosures to defendants pursuant to this Order, the government, when transmitting further disclosures, must communicate to the defense that this Order applies to those further disclosures in order for those disclosures to be subject to the terms of this Order.

**IT IS FURTHER ORDERED** that:

Defendants shall have access to the government's disclosures only in the presence of their counsel.  Defendants shall not be permitted to retain possession of the disclosures, or copies thereof, under any circumstances.

Date:  January 10, 2017            s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge